THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANK LOPA, *et al.*,<br><br>    Plaintiffs,<br>    v.<br>AFFINIA DEFAULT SERVICES, LLC, *et al.*,<br><br>    Defendants. | CASE NO. C23-1725-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Toorak Capital Partners, LLC's unopposed[1] motion for referral to bankruptcy court. (Dkt. No. 9.) The pending action consists of a Consumer Protection Act claim against Defendant Toorak Capital Partners, LLC. (Dkt. No. 9 at 2.) Plaintiffs have filed a bankruptcy petition in the Eastern District of New York. (Dkt. No. 11 at 2.) In that petition, they assert that their claims in this case, which Defendants removed from state court, should be adjudicated by the bankruptcy court. (*Id.*) And, as a matter of course, this Court refers proceedings related to such cases to bankruptcy judges. *See* LCR 87(a); *Burdette v. Emerald Partners LLC*, 2015 WL 4394859, slip op. at 2 (W.D. Wash. 2015).

Accordingly, Defendant's motion (Dkt. No. 9) is GRANTED. The Clerk is DIRECTED to REFER this case to the Bankruptcy Court for the Western District of Washington following

---

[1] Plaintiff failed to file a brief in opposition, as provided by LCR 7(d). The Court takes this failure "as an admission that the motion has merit." LCR 7(b)(2).

ORDER
C23-1725-JCC
PAGE - 1

which Defendant will move to transfer to the Bankruptcy Court for the Eastern District of New York. The motions to withdraw (Dkt. Nos. 6, 10) are hereby MOOTED.

DATED this 4th day of December 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE